UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
AUG 04 2015
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 3:15cr58HTW-FKB

JEFFREY HORTON                                        18 U.S.C. § 922(g)(1)

**The Grand Jury charges:**

That on or about June 5, 2015, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendant, **JEFFREY HORTON**, having been convicted previously of a felony, that is, a crime which is punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce a firearm, in violation of Sections 922(g)(1) and 924(a)(2), Title 18, United States Code.

NOTICE OF FORFEITURE

As a result of the offense specified above, the defendant, **JEFFREY HORTON**, shall forfeit to the United States all firearms and ammunition involved in or used in the commission of the offense, including, but not limited to:

(1) Smith and Wesson revolver, .38 caliber, serial number CPK9425; and

Any and all ammunition;

Further, if any of the property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States, to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described above.

All pursuant of Section 924(d)(1), Title 18, United States Code.

_[signature]_
GREGORY K. DAVIS
United States Attorney

A TRUE BILL:

_____
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the ____4th____ day of August, 2015.

_[signature]_
UNITED STATES MAGISTRATE JUDGE